**CHRISTENSEN JAMES & MARTIN**
WESLEY J. SMITH, ESQ. (11871)
GIA MCGILLIVRAY, ESQ. (8182)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: wes@cjmlv.com, gia@cjmlv.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, through their designated fiduciary John Smirk; INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES INDUSTRY PENSION FUND; IUPAT FINISHING TRADES INSTITUTE; PAINTERS & ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; IUPAT POLITICAL ACTION TOGETHER FUND, through their designated fiduciary, Gary Meyers; DISTRICT COUNCIL 16 JOINT APPRENTICE & TRAINING TRUST FUND; HOLIDAY & VACATION FUND; DISTRICT COUNCIL 16 STAR PROGRAM; LOCAL 567 ORGANIZING FUND; LOCAL 567 UNITY FUND, through their designated fiduciary, Todd Koch, <br><br> Plaintiffs, <br><br> vs. <br><br> OLYMPUS AND ASSOCIATES, INC. dba OLYMPUS PAINTING & SANDBLASTING, a Nevada corporation; LAZARUS G. TSIOPOS, an individual <br><br> Defendants. | CASE NO.: 2:16-cv-00006-JAD-PAL <br><br> **<u>AMENDED JUDGMENT BY CONFESSION</u>** |

Pursuant to the express Stipulation and Consent for Entry of Amended Judgment by Confession ("Stipulation"), it is hereby ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction of this case and venue is proper pursuant to Section 301(a) of the Labor-Management Relations Act of 1947 ("LMRA"), as amended [29 U.S.C. § 185(a)] and Sections 502(a)(3) and 502(e)(2) of the Employee Retirement Income Security Act

of 1974 ("ERISA"), as amended [29 U.SC. §§ 1132(a)(3) & 1132(e)(2)]. Pursuant to 28 U.S.C. § 1367 this Court has ancillary jurisdiction over any secondary causes of action.

2. The Plaintiff Trusts are express trusts created pursuant to written declarations of trust, consistent with Section 302(c) of the LMRA, as amended [29 U.S.C. § 186(c)], and bring this action in accordance with Sections 502(d)(1), 502(a)(3) and 515 of ERISA, as amended [29 U.S.C. § 1001, *et seq.*]. The Trusts maintain offices in Nevada for the purpose of administering benefits.

3. At all times material herein, the International Union of Painters and Allied Trades, District Councils 15 and 16 ("Unions") have been labor organizations representing employees in the construction industry in Nevada. The Unions are labor organizations representing employees in an industry affecting commerce within the meaning of Section 301(a) of the LMRA, as amended [29 U.S.C. § 185(a)].

3. The above-named Plaintiff Trust Funds (hereinafter "Plaintiffs" or "Trusts") shall take Amended Judgment by Confession ("Amended Judgment") against Defendants OLYMPUS AND ASSOCIATES, INC. dba OLYMPUS PAINTING & SANDBLASTING (hereinafter "Olympus") and LAZARUS G. TSIOPOS (hereinafter "Mr. Tsiopos") (collectively Olympus and Mr. Tsiopos are the "Defendants"), for the sum of One Hundred Sixty Seven Thousand One Hundred Sixty-Two and 96/100 Dollars ($167,162.96), which sum includes all known fringe benefit contributions owed to the Trusts for work performed during the period of April 1, 2011 through February 29, 2016 ("Delinquency Period"), plus pre-judgment interest, liquidated damages, audit fees, attorney's fees and costs. Interest shall accrue on the Judgment Amount, less any payments received, at the rate of seven percent (7%) per annum until paid in full.

4. The Judgment Amount shall be paid to Plaintiffs as third party beneficiaries under the terms of the various Trust Agreements creating the Trusts, which are incorporated into written collective bargaining agreements ("Labor Agreements") between Olympus and the Unions.

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE, LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

5. Mr. Tsiopos, as an individual and authorized representative of Olympus, has participated in the negotiation of the Labor Agreements, has knowledge of the Judgment Amount and has agreed to be personally and separately liable for the Judgment Amount and for compliance with the terms and conditions as set forth below.

6. This Amended Judgment includes settlement of all known claims by Plaintiffs for fringe benefit contributions and damages owed to the Trusts for the Delinquency Period for work performed under the jurisdiction of Olympus' Labor Agreements with the Unions. This Amended Judgment is not intended to, and it does not, resolve, address or secure claims that are as yet unknown to the Trusts, including any claims that may later be revealed by Audit for any period that has not been audited. The Trusts reserve all audit rights for periods that have not been audited.

7. The Judgment Amount, including interest on the declining balance and any after-accruing amounts, shall be paid by Defendants, as follows:

    a. Payment Number 1 in the amount of Eighty Seven Thousand Four Hundred Dollars ($87,400.00) shall be paid to the Plaintiffs on or before April 1, 2016;

    b. Payment Number 2 in the amount of Five Thousand Nine Hundred Sixty and 05/100 Dollars ($5,960.05) shall be paid to the Plaintiffs on or before April 5, 2016;

    c. Payment Numbers 3 through 10 in the amount of Nine Thousand Three Hundred Forty Dollars ($9,340.00) per month shall be paid to the Plaintiffs commencing on April 5, 2016 and continuing on or before the fifth (5th) day of each month thereafter; and

    d. Payment Number 11 in the amount of One Thousand Sixty and 88/100 Dollars ($1,060.88) shall be paid to the Plaintiffs on or before December 5, 2016.

The Payments detailed above include interest scheduled to accrue at seven percent (7%) per annum. Subject only to the Defendants' right to cure as set forth herein, Payment Number 11, the Final Payment, shall be increased to include any late fees and after-accruing attorney's fees

and costs incurred by Plaintiffs relating to this Amended Judgment for collection of the amounts referenced herein.

8. Payment Number 1 shall be paid to the Plaintiffs by wire transfer to Account Number 4121998322 in the name of Employee Painters Trust at Wells Fargo Bank, N.A., ABA Routing Number 121000248. All subsequent payments required herein shall be made payable to "Painters Joint Trust Funds" and shall be remitted to Plaintiffs' attorney, Christensen James & Martin, at 7440 W. Sahara Ave., Las Vegas, Nevada 89117, or at such other location as the Defendants are notified in writing. Should any of Defendants' payments be returned for insufficient funds, all subsequent payments shall be made using cashier's checks or money orders.

9. As further consideration, to avoid any additional delinquencies and to fully resolve the legal claims asserted by the Plaintiffs, in addition to paying the Judgment Amount as required by the foregoing terms, the Defendants shall timely pay all contributions that fall due to the Plaintiffs pursuant to the provisions of any collective bargaining agreement or labor agreement to which Defendants are signatory or bound that requires the payment of contributions to the Trust Funds for covered labor performed by Defendants' employees, including but not limited to the Labor Agreements with the Unions, while any portion of the Judgment Amount remains unpaid. The Defendants shall remit a monthly report to the Trusts listing hours worked by their covered employees and shall submit a check to the Trusts to pay contributions owed for such hours. The reports and payments shall be delivered to the Plaintiffs or their designee(s) on or before the last day of the month following the calendar month in which the covered hours of work listed on the reports are performed (i.e., the contributions for work performed in March 2016 are due no later than April 30, 2016).

10. The Defendants shall have the right at any time to prepay the entire balance of the Judgment Amount owed, or any portion thereof, without incurring a prepayment penalty. However, interest will continue to accrue on any amount that remains unpaid.

11. During the period that the Defendants timely make the required payments and

faithfully performs under this Amended Judgment, the Plaintiffs shall stay claims against Bond Nos. 929140341, 929370398 and 929440396 issued to Olympus by Western Surety Company for or on account of Olympus's Nevada and California contractor licenses ("Bonds").

12. As security for this Amended Judgment, Olympus, by and through its affiliate Tinos Associates, LLC, shall grant a Deed of Trust in the Judgment Amount to the Plaintiffs on real property where Defendants maintain their principal place of business located at 405 Lovitt Lane, Reno, Nevada 89506. The Deed of Trust is incorporated herein by reference. Subject only to the right to cure set forth in Paragraph 13, should Defendants default under any of the terms required herein, the Plaintiffs shall have the right to exercise their rights under the Deed of Trust, including power of sale as set forth in Nevada Revised Statutes Chapter 107.

13. Should Defendants fail to satisfy any of the conditions in this Judgment, a written Notice of Default shall immediately be delivered by United States First Class Mail and E-Mail to: Olympus Painting & Sandblasting, Attn: Lyndsey Tsiopos, 405 Lovitt Lane, Reno, Nevada 89506, gtsiopos@aol.com and lyndsey1282@gmail.com. Each such Notice required to be sent shall result in an automatic late fee and collection charge of $150.00 (which will be applied as a credit against any attorney's fees and costs incurred as a result of the Default) to be paid in addition to any payment that Defendants have failed to pay and shall be paid immediately with the cure payment. If Defendants thereafter fail to make the required payment(s) or otherwise fail to comply with the conditions of such paragraphs within ten (10) days of the date of such Notice, then:

    a. Any reasonable attorney's fees and costs incurred by the Plaintiffs to collect the amounts owed under this Amended Judgment, shall be added to the balance owed under this Amended Judgment;

    b. Defendants waive any and all objections or defenses pertaining to the Bonds and Plaintiffs shall have the unconditional and immediate right to collect the proceeds of the Bonds for whatever amount then remains due and owing, including after-accruing attorney's fees, without further notice to the Defendants or Order from

the Court;

c. Plaintiffs shall have the unconditional and immediate right to execute upon the Amended Judgment for whatever amount then remains due and owing without further notice to the Defendants or Order from the Court;

d. Plaintiffs shall have the immediate right to exercise their rights under the Deed of Trust, including power of sale, without further notice to the Defendants or Order from the Court, except as may be required by Nevada Revised Statutes Chapter 107; and

e. Interest on any unpaid Judgment balance shall accrue at the rate of seven percent (7%) from the date of the Default until it is paid in full.

14. Execution on this Amended Judgment shall be stayed through December 5, 2016, provided that payment in full is made by Defendants in accordance with the terms of this Amended Judgment. In the event of Default and failure to cure as set forth herein, the stay of execution shall be immediately lifted and Plaintiffs shall have the right to execute upon this Amended Judgment without further notice to Defendants or Order from the Court.

15. Upon Plaintiffs' receipt and negotiation of payment of the entire Judgment Amount, this obligation will have been satisfied and Plaintiffs shall record a discharge, reconveyance, or release of the Deed of Trust with the Washoe County Recorder and file a written Satisfaction of Judgment with the Court. A discharge, reconveyance, or release of the Deed of Trust shall not be executed or recorded and a Satisfaction of Judgment shall not be executed or filed until all of Defendants' obligations under this Amended Judgment have been fully performed and satisfied.

16. The following potential claims are reserved by the Trusts: (i) any claims unrelated to the Judgment Amount, accruing before or after the effective date of this Amended Judgment, including, without limitation, claims by any of the Trusts for additional contributions and related damages that may be due and owing to any of the Trusts pursuant to the provisions of any collective bargaining agreement to which Defendants may be bound that requires the

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

payment of contributions to the Trusts; (ii) the obligation of Defendants or any trade or business under common control of Defendants (to the extent Defendants or any trade or business under common control with Defendants has any obligation) to pay, and the rights of the Trusts to assess and collect, withdrawal liability pursuant to 29 U.S.C. § 1381 *et. seq.* (including the use of Defendants' contribution history for purposes of calculating any withdrawal liability); and (iii) any additional claims discovered by audit for any period.

17. The Stipulation for Entry and this Amended Judgment shall be considered one instrument and shall become binding when signed. Signatures to the Stipulation for Entry and Amended Judgment, as provided via facsimile or scanned document, shall be valid and shall be deemed the equivalent of original signatures.

18. Defendants have had the opportunity to consult an attorney of their choice and fully understand the obligations and consequences of this Judgment.

19. The Clerk of Court is instructed to enter judgment accordingly and CLOSE THIS CASE.

Dated: March 25, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:
CHRISTENSEN JAMES & MARTIN
By: /s/ Wesley J. Smith
*Attorneys for Plaintiffs*

| | |
|---|---|
| CHRISTENSEN JAMES & MARTIN | OLYMPUS AND ASSOCIATES, INC. dba OLYMPUS PAINTING & SANDBLASTING |
| By: /s/ *signature* <br> Wesley J. Smith, Esq. <br> Nevada Bar No. 11871 <br> *Attorneys for Plaintiffs* | By: Lazarus Tsiopos <br> Its: Secretary/Treasurer |
| Date: March 18, 2016 | Date: March 17, 2016 |
| | LAZARUS G. TSIOPOS <br> *signature* <br> Date: March ____, 2016 |

## OATH AND VERIFICATION

STATE OF NEVADA  ) <br>
                 : ss. <br>
COUNTY OF WASHOE )

Lazarus Tsiopos, as Secretary/Treasurer of OLYMPUS AND ASSOCIATES, INC. dba OLYMPUS PAINTING & SANDBLASTING, being first duly sworn upon oath, now verifies and declares that:

1. Entry of this Judgment by Confession, according to its provisions, is duly authorized; and
2. The monies due and owing and the basis for said Judgment are accurately set forth in the Stipulation and this Judgment.

Further you affiant sayeth naught.

*signature* <br>
as Secretary/Treasurer of OLYMPUS AND ASSOCIATES, INC. dba OLYMPUS PAINTING & SANDBLASTING

Subscribed and Sworn before me this 17 day of March, 2016.

Stacy Chavez <br>
Notary Public

STACY CHAVEZ <br>
Notary Public - State of Nevada <br>
Appointment Recorded in Washoe County <br>
No: 14-13543-2 · Expires April 14, 2018

## OATH AND VERIFICATION

STATE OF NEVADA  ) <br>
                 : ss. <br>
COUNTY OF WASHOE )

LAZARUS G. TSIOPOS, being first duly sworn upon oath, now verifies and declares that:

-10-

1. Entry of this Judgment by Confession, according to its provisions, is duly authorized; and
2. The monies due and owing and the basis for said Judgment are accurately set forth in the Stipulation and this Judgment.

Further you affiant sayeth naught.

_____
LAZARUS G. TSIOPOS

Subscribed and Sworn before me this ____ day of March, 2016.

_____
Notary Public



STACY CHAVEZ
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 14-13543-2 - Expires April 14, 2018

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

-11-